PEARL W. CIAMPA, Plaintiff-Appellant, *v.* CHARLES R. SALVAGGIONE, Defendant-Appellee.

(No. 72-372;

Second District—June 17, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

Selwyn Coleman, of Roselle, for appellant.

Rathje, Woodward, Dyer & Burt, of Wheaton, for appellee.